UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Travelers Property Casualty Company of America,<br><br>                    Plaintiff,<br><br>-against-<br><br>Britannica Home Fashions, Inc.,<br><br>                    Defendant. | 1:23-cv-02176 (SDA)<br><br>**ORDER OF DISMISSAL** |

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 11/15/2023

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    New York, New York
         November 15, 2023

_____
STEWART D. AARON
United States Magistrate Judge